People of State of Illinois, Defendant in Error, v. Joseph Campione, Plaintiff in Error.

Gen. No. 42,988.

opinion filed June 30,

1944. Mayer Goldberg, of Chicago, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; John F. Cashen, Jr., of Chicago, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.